WILLIAM H. LEE et al., Respondents, *v.* MACLEAN GANDER et al., Appellants.

(Submitted April 20, 1936; decided May 19, 1936.)

*Alphonse J. D'Auria* for appellants.

*Martin E. Burke* and *Richard J. Burke* for respondents.

Appeal dismissed, without costs, as the defendants are not aggrieved parties and cannot appeal under subdivision 2 of section 588 of the Civil Practice Act. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.